UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-7703-PLA                                                                 Date December 10, 2015

Title: Brian John Collins v. Systems Application and Technologies, Inc., et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

**PROCEEDINGS:**        (IN CHAMBERS)

Counsel for defendant is hereby **ordered to show cause**, **no later than noon on Monday, December 14, 2015**, why sanctions should not be imposed for his failure to appear at the telephonic conference in this action scheduled for Thursday, December 10, 2015, at 9:30 a.m.

cc:     Counsel of Record

Initials of Deputy Clerk      ch